PROB 12C
(6/16)

Report Date:  October 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Billy J. Koschney                    Case Number: 0980 2:17CR00128-RMP-6

Address of Offender:                    Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 10, 2018

Original Offense:       Bank Fraud, 18 U.S.C. § 1344(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 116 Days;<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David M. Herzog | Date Supervision Commenced: January 10, 2018 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: January 9, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| 5 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |

**Supporting Evidence**: Mr. Koschney is alleged to have violated both mandatory condition number 1, and mandatory condition number 2, by being arrested in Spokane County on September 25, 2020, by the Washington State Patrol, with charges now having been referred for Possession of a Stolen Motor Vehicle, in violation of R.C.W. 9A.56.068, a Class B felony, and Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013, a Class C felony.

On January 16, 2018, Mr. Billy Koschney signed his conditions relative to case number 2:17CR00128-RMP-6 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Koschney was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crime, and that he was required to refrain from unlawfully possessing a controlled substance.

Prob12C
Re: Koschney, Billy J.
October 15, 2020
Page 2

Specifically, on September 25, 2020, automated law enforcement notifications were received by the undersigned officer from the Spokane Police Department, the Spokane County Sheriff's Office, and the Washington State Patrol indicating the client's name had been run by each respective agency. At 5:56 a.m., on the day in question, a voice mail was received from the investigating Washington State Patrol trooper who advised the client had been arrested for possession of a stolen vehicle, and who further advised the client had indicated he knew the vehicle was likely stolen and that drugs would be located within the vehicle. The trooper noted he would be securing a search warrant for the vehicle given the totality of circumstances.

On September 27, 2020, a second voice mail was received from the investigating Washington State Patrol trooper who advised a subsequently executed search warrant revealed numerous illicit substances within the vehicle, to include substances that appeared to be methamphetamine, heroin, mushrooms, hash oil, and a yet unidentified liquid. On October 14, 2020, the relative police reports were received from the Washington State Patrol with respect to Mr. Koschney's initial contact with law enforcement on September 25, 2020, and serving to document law enforcement's following full investigation.

According to police records, on September 25, 2020, a trooper who was in a marked vehicle and in full uniform, observed on the day in question, a vehicle determined by the trooper to be traveling at 48 miles per hour in a posted 35 miles-per-hour zone while traveling on State Route 290, Trent Avenue, just East off of Mission. The vehicle was subsequently stopped by the trooper and was observed to have a dealer plate affixed to the vehicle. The driver, who was identified as the girlfriend of Mr. Koschney, advised she was driving her father's vehicle and provided the trooper with her driver's license. Mr. Koschney, who was later identified as the passenger in the vehicle, indicated the insurance card was affixed to the back of the dealer plate on the vehicle. The driver of the vehicle provided the trooper with the name of her father's automotive business. Upon investigation, the trooper observed that the name of the dealership on the insurance card did not match what was told to him by the driver, to which Mr. Koschney responded that was just what came with the plate.

An inquiry on the plate revealed that it in fact belonged to a different dealership in Spokane, other than the one provided to him by the client's girlfriend and driver of the vehicle. A vehicle identification number (VIN) check of the vehicle revealed it had been previously reported stolen by the Kennewick Police Department on July 22, 2020. Both parties were then detained in restraints by officers, and a search of Mr. Koschney's person revealed the vehicle key fob in his possession. Mr. Koschney was read his constitutional rights and stated that he understood them. Mr. Koschney was questioned on the vehicle, at which time he advised he had purchased the vehicle from a guy on Craigslist and had put some money up for it. Mr. Koschney noted he might have a bill of sale back at his residence. The vehicle was towed to the Washington State Patrol impound lot in Spokane, sealed and placed into evidence.

Both parties were then transported to the Washington State Patrol valley office for further questioning. The client's girlfriend was questioned first, following her being read and acknowledging her understanding of her Miranda rights. The client's girlfriend indicated that she did not know the vehicle was stolen, but advised she had acquired the vehicle in July 2020. She also noted that Mr. Koschney was covering for her when he stated he had purchased it. The contact advised she had paid $1,300 for the vehicle, but admitted that it did not seem right given that she thought the vehicle was worth around $24,000. She described having met the seller in a store parking lot on Sullivan in the Spokane Valley, and advised

that only she and the seller, who she identified as Chris, were present during the transaction. The contact noted having received some paperwork for the vehicle, but not having received a title, noting the seller advised that he was going through a divorce and did not want the vehicle involved in the divorce. The contact advised she had secured the dealer plate from a friend, stating that she had paid $60 for the plate, and noted her friend was selling the plate for drugs. The dealership later verified they had experienced multiple plates being stolen. The contact later admitted that she thought the car might be stolen, and advised she had checked the vehicle's VIN number on multiple occasions to verify if it in fact was, but she indicated she received no information from the website.

When asked about whether drugs would be located in the car, she indicated "a little bit" and stated that there would "probably" be needles located as well. The contact admitted to being a user of methamphetamine, and indicated she had both smoked methamphetamine and had methamphetamine in the vehicle yesterday. She later noted there might be methamphetamine in the car, but that they have provided a lot of people rides in the vehicle.

Mr. Koschney was then questioned following being read his Miranda rights and following his signing a witness statement indicating that he understood them. Mr. Koschney indicated the seller of the vehicle wanted $1,200 for the vehicle but he had only put $150 down toward the vehicle. Mr.Koschney estimated the vehicle to be worth $15,000. He noted he thought the seller of the vehicle was either Chris or Jeffrey, and noted that he did not know how to contact the parties to provide them the remainder of the funds he owed them, although a second report notes the client planned to use PayPal or Facebook to pay the remainder of the obligation. The trooper noted the client's statement was rambling and made no sense. Mr. Koschney noted his girlfriend had put no money toward the purchase of the vehicle, and noted he purchased the vehicle on the East side, across the freeway from the Thor Street Fred Meyer. Mr. Koschney noted that the plate had come on the vehicle, and he was advised about the insurance card on the reverse of the plate. Mr. Koschney noted that he was a Facebook friend of the seller, but refused to submit to a consent search of his phone, in an attempt by law enforcement to identify the seller. Mr. Koschney noted he was not going to be provided a bill of sale until they were "square" on it.

Mr. Koschney admitted the vehicle might be stolen and also admitted to having tried to verify online as to whether it was, but he noted he stopped checking out of fear that he was being tracked by the website. Mr. Koschney admitted there was methamphetamine in the vehicle, but denied knowing whose it was and he denied it was his. Mr. Koschney noted a lot of people ride in the vehicle and that both he and his girlfriend drive the vehicle. It should be noted that Mr. Koschney does not have a valid driver's license.

On September 26, 2020, the vehicle was searched following receipt of a signed search warrant. Located in the vehicle were the following items: a Washington State dealer's license plate, 1 small blue plastic container containing a dark tar like substance, 1 medium Ziploc container with a white crystalline like substance, 2 small Ziploc bags containing oily green / brown flakes, 1 package of dried brown mushrooms and stems, 1 round blue plastic container with a clear liquid with an oily sheen, 1 glass pipe with a round bowl, 1 small black digital scale with both an oily and dried residue on it, 1 medium Ziploc bag containing multiple sized Ziploc bags, 1 blue elastic band (described as typically being used for accessing veins by needle), a 2017 W2 form for an unknown third party, and a billing invoice for an unknown third party. It should be noted that both of the substances suspected as being methamphetamine and heroin have since been forwarded to the Washington State Patrol Crime Lab for testing. It should additionally be noted that the container in which the

**Prob12C**
**Re: Koschney, Billy J.**
**October 15, 2020**
**Page 4**

suspected heroin was located was in fact located on the passenger's side floor board and was described as having been only inches away from, if not touching, Mr. Koschney while he was present in the vehicle.

Mr. Koschney was later released from the Spokane County Jail on the day in question, with conditions of release having been established by the Court. Court records reflect that the client's initial arraignment was scheduled for October 7, 2020, at 9:30 a.m., although the client himself has since indicated charges were not formally filed at the time of his scheduled arraignment. The U.S. Probation Office remains as waiting for a formal update as to the status of this case, and no current court dates appear to be set in this matter as of the date of this report.

On September 28, 2020, Mr. Koschney was contacted telephonically by the undersigned officer following his release from the Spokane County Jail at which time the client indicated that both he and his girlfriend had found the vehicle for sale in Kennewick, and felt that it was a really good deal. Mr. Koschney admitted to having the key fob in his possession at the time of arrest, and was not questioned about the alleged presence of illicit substances or about his admissions made during the incident. Mr. Koschney denied knowing the vehicle was stolen. He later provided the undersigned officer, through text messaging, a photo of a written bill of sale which is difficult to read, but appears to indicate the sale of the vehicle to his girlfriend on July 12, 2020, in the amount of $1,200.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 15, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Koschney, Billy J.**
**October 15, 2020**
**Page 5**

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]  Defendant to appear before the Judge assigned to the
      case.
[X]  Defendant to appear before the Magistrate Judge.
[  ]  Other

_____
Signature of Judicial Officer

_____10/15/2020_____

Date