PROB 12C
(6/16)

Report Date:  October 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 29, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Billy J. Koschney                Case Number: 0980 2:17CR00128-RMP-6

Address of Offender: Spokane County Jail - 1100 West Mallon Avenue Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 10, 2018

Original Offense:        Bank Fraud, 18 U.S.C. § 1344(1)

Original Sentence:       Prison - 116 Days;          Type of Supervision: Supervised Release
                         TSR - 60 Months

Asst. U.S. Attorney:     David M. Herzog             Date Supervision Commenced: January 10, 2018

Defense Attorney:        Molly Marie Winston          Date Supervision Expires: January 9, 2023

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/23/2020, 10/15/2020, and 10/26/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Billy Koschney is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on or about October 23, 2020, based on urinalysis testing.

On January 16, 2018, Mr. Koschney signed his conditions relative to case number 2:17CR00128-RMP-6 indicating he understood all conditions as ordered by the Court. Specifically, Mr. Koschney was made aware by his U.S. probation officer that he was required to refrain from any unlawful use of a controlled substance.

Specifically, on October 29, 2020, the undersigned officer received a laboratory confirmation report specific to Mr. Koschney, and as provided through e-mail by the Spokane Residential Reentry Center (RRC) director. It should be noted that Mr. Koschney resided at the Spokane RRC beginning on October 9, 2020, until he removed himself from services on October 25, 2020. The report notes a urinalysis sample collection date of October 23, 2020. The lab report serves to confirm the sample as submitted by the client as being positive for methamphetamine.

**Prob12C**
**Re: Koschney, Billy J.**
**October 29, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     October 29, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[ X]     The incorporation of the violation(s) contained in this
          petition with the other violations pending before the
          Court.
[  ]     Defendant to appear before the Judge assigned to the
          case.
[ X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

10/29/2020

Date